IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALISA GRISHMAN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>OXFORD CONCORD SIERRA SOUTHSIDE ASSOCIATES, L.P. d/b/a HYATT HOUSE PITTSBURGH—SOUTH SIDE,<br><br>　　　　　　Defendant. | Case No. 2:22-cv-01763-CRE |

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Alisa Grishman hereby voluntarily dismisses without prejudice her claims against Defendant Oxford Concord Sierra Southside Associates, L.P.

Respectfully submitted,

*/s/ R. Bruce Carlson*
R. Bruce Carlson
Ian M. Brown
**CARLSON BROWN**
222 Broad St.
PO Box 242
Sewickley, PA 15143
bcarlson@carlsonbrownlaw.com
ibrown@carlsonbrownlaw.com
(724) 730-1753

*Counsel for Plaintiff*